UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **MARY ARMBRUSTER and GLENN ARMBRUSTER,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| vs. | ) ) Case number 4:06cv1613 TCM |
| **PFIZER, INC., et al.** | ) ) ) |
| **Defendants.** | ) |

## **ORDER**

Finding that a potential conflict of interest exists in this case, comes now the Court and, on its own motion, recuses itself in the above matter. See 28 U.S.C. § 455(a).

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　/s/ Thomas C. Mummert, III
　　　　　　　　　　　　　　　　　　　　THOMAS C. MUMMERT, III
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dated this 8th day of November, 2006.